UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIKI MCARTHER & MATT GUEMPEL, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**RED TOOLBOX USA INC.**,<br><br>*Defendant*. | Case No.: 2:24-cv-09723 |

**NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW the Plaintiff, Miki McArther, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and hereby notifies the Court of the voluntary dismissal of his claims against Defendant Red Toolbox USA, Inc. ("Defendant") in Case Number 2:24-cv-09723, without prejudice, with each party to bear their own fees and costs. Defendant has not served either an answer or a motion for summary judgment. Dismissal is therefore appropriate. Dated: October 31, 2024

Respectfully submitted,

**SULTZER & LIPARI, PLLC**

By:*/s/ Philip J. Furia*
Philip J. Furia, Esq.
Jason P. Sultzer, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
furiap@thesultzerlawgroup.com
sultzerj@thesultzerlawgroup.com

-AND-

Paul J. Doolittle, Esq. *(Pro Hac Vice Pending)*
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street Charleston, SC 29403
Tel: (803) 222-2222
Email: pauldoolittle@poulinwilley.com
cmad@poulinwilley.com

*Attorneys for Plaintiffs*

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 11/4/24

2